ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 03 2008

at __11__ o'clock and __50__ min. __A__ M
SUE BEITIA, CLERK

LODGED
NOV 26 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

AYABE, CHONG, NISHIMOTO,
 SIA & NAKAMURA, A Limited
 Liability Law Partnership

JEFFREY H. K. SIA          3029-0
Pauahi Tower, Suite 2500
1003 Bishop Street
Honolulu, Hawaii  96813
Telephone No.: (808) 537-6119
Facsimile No. (808) 526-3491
Jeffrey.sia@hawadvocate.com

Attorney for Defendant
AMERICAN MODERN SURPLUS LINES
INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FLEMING KEKONA, on behalf of RAYDEN KEKONA, a minor, and as Special Administrator of THE ESTATE OF RICHELLE UILANI GARCIA KEKONA, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN MODERN SURPLUS LINES INSURANCE COMPANY, a Ohio corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, <br><br> Defendants. | CIVIL NO. CV08-00469 HG/BMK (Declaratory Relief) <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES and ORDER <br><br><br><br><br> No trial date set |

[2007507/#390278]

STIPULATION FOR DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED by and between the appearing parties in the above-captioned case, through their respective attorneys, pursuant to Rule 41(a)(1)(ii) (A) HG of the Federal Rules of Civil Procedure, that Plaintiffs FLEMING KEKONA, on behalf of RAYDEN KEKONA, a minor, and as Special Administrator of THE ESTATE OF RICHELLE UILANI GARCIA KEKONA's Complaint For Declaratory Judgment filed on 10/7/08 and all claims contained therein against Defendant AMERICAN MODERN SURPLUS LINES INSURANCE COMPANY shall be and hereby are dismissed with prejudice, with each party bearing their own attorney's fees and costs.

There are no remaining parties and no remaining claims. Trial was not set yet in this case.

DATED: Wailuku, Maui, Hawaii,  11/21/08           .

_____
JAN K. APO
Attorney for Plaintiffs
FLEMING KEKONA, on behalf of
RAYDEN KEKONA, a minor, and as
Special Administrator of THE ESTATE
OF RICHELLE UILANI GARCIA
KEKONA

DATED: Honolulu, Hawaii, _____NOV 2 0 2008_____.

_____
JEFFREY H. K. SIA
Attorney for Defendant
AMERICAN MODERN SURPLUS LINES
INSURANCE COMPANY

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT